UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CALIFORNIA CLOSET COMPANY, INC., | Case No. 3:09-cv-00302-ECR-VPC |
| Plaintiff, | |
| vs. | ORDER |
| SIERRA COMSTOCK ONE, LLC., DAVID WILHOYTE, and KIM WILHOYTE, | |
| Defendants. | |

On November 7, 2011, Plaintiff filed a motion (#63) for voluntary dismissal of this action pursuant to F.R.Civ.P. 41(a)(2).

On December 12, 2011, Plaintiff filed a motion to release bond (#64).

IT IS THEREFORE ORDERED that Plaintiff's motion (#63) for voluntary dismissal is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's motion (#64) for motion to release bond is granted.

The Clerk of Court shall enter judgment accordingly.

Dated this 19th day of December 2011.

_____
EDWARD C. REED, JR.
United States District Judge