AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF  NEVADA

CALIFORNIA CLOSET
COMPANY, INC.,

      Plaintiff,

V.

SIERRA COMSTOCK ONE, LLC.,
DAVID WILHOYTE, and KIM
WILHOYTE,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:09-cv-00302-ECR-VPC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's motion (#63) for voluntary dismissal is **GRANTED**.

    **IT IS FURTHER ORDERED** that Plaintiff's motion (#64) for release of bond is granted.

  December 20, 2011                               **LANCE S. WILSON**
                                                              Clerk

                                                             /s/ D. R. Morgan
                                                              Deputy Clerk