AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

*****     DISTRICT OF    NEVADA

CALIFORNIA CLOSET
COMPANY, INC.,

        Plaintiff,          JUDGMENT IN A CIVIL CASE

V.

         CASE NUMBER: **3:09-cv-00302-ECR-VPC**

SIERRA COMSTOCK ONE, LLC.,
DAVID WILHOYTE, and KIM
WILHOYTE,

        Defendants.

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X     **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED** that Plaintiff's motion (#63) for voluntary dismissal is **GRANTED**.

       **IT IS FURTHER ORDERED** that Plaintiff's motion (#64) for release of bond is granted.

  December 20, 2011                               **LANCE S. WILSON**
                                                                Clerk

                                                       /s/ D. R. Morgan
                                                              Deputy Clerk